# United States Court of Appeals
## For the First Circuit

Nos. 25-1340
     25-1544

WALTER WAMBUGU MUCHIRI,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: June 25, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, the petitions for review filed by Petitioner Walter Wambugu Muchiri, Nos. 25-1340 and 25-1544 are consolidated for purposes of briefing and oral argument. The briefing schedule in No. 25-1340 is hereby vacated.

    Petitioner's consolidated opening brief will be due forty days after the filing of the administrative record in No. 25-1544. The deadline for filing Respondent's consolidated brief will be set in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Petitioner may file a consolidated reply brief within fourteen days after respondent's brief is filed.

                                             By the Court:

                                          Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
SangYeob Kim
Chelsea Eddy
Andrea N. Gevas
Oil