# United States Court of Appeals
## For the First Circuit

Nos. 25-1340
     25-1544

WALTER WAMBUGU MUCHIRI,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: November 20, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration, Attorney Caroline Meade's motion for leave to enter an appearance on behalf of Petitioner Walter Wambugu Muchiri granted. Attorney Meade's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
SangYeob Kim
Caroline Meade
Chelsea Eddy
Andrea N. Gevas
Oil